**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MACIAS ZAMBRANO GUSTAVO,

Petitioner,

v.

DESERT VIEW ANNEX ADELANTO CALIFORNIA,

Respondent.

Case No. 5:26-cv-01891-MWC-ACCV

**JUDGMENT**

**JS-6**

Pursuant to the Order Dismissing the Petition, IT IS HEREBY ADJUDGED that the case is DISMISSED without prejudice.

DATED: August 3, 2026

HON. MICHELLE WILLIAMS COURT
United States District Judge